AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Kevin A. Apgar
_____
Plaintiff

v.

Dr. Peter Binnon M.D. (CMS)
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-505

I, Kevin A. Apgar, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Howard R. Young Correctional Institute__

   Inmate Identification Number (Required): __302981__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   1/03 - 4/03  Harmon Inc. Marydel, DE  $250 wk.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   f. Family sends approx. $40 each month

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?     • • Yes    ✓ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes    ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

8-8-07
DATE

_Kevin A. Capps_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
08/10/07 11:16
ST 007 / OPR SJW                                                  07 505

SBI              : 302981
Resident Name    : APGAR, KEVIN
Time Frame       : 02/01/2007 14:34 - 08/10/2007 11:16

------------------------------------------------------------------------------------
Date        Time     Type              ST   OPR    Receipt #        Amount    Balance
------------------------------------------------------------------------------------

02/05/2007  09:30    Add               4    gmw    D63035            40.00      50.76
02/06/2007  08:19    Order             2    WLH    B153980            8.89      41.87
02/13/2007  08:36    Order             2    DDT    B155013           30.68      11.19
02/14/2007  08:39    Credit            3    WLH    C18058             6.25      17.44
02/14/2007  08:39    Order             3    WLH    C18059             3.25      14.19
02/20/2007  10:15    Order             2    DDT    B156295           14.15       0.04
02/27/2007  09:28    Add               8    bsf    H28698            10.00      10.04
02/28/2007  12:43    Rec Payment       6    kjg    F26207             4.00       6.04
03/06/2007  09:40    Order             2    DDT    B158150            6.01       0.03
03/06/2007  12:09    Add               4    gmw    D64893            30.00      30.03
03/12/2007  11:45    Add               4    J      D65291            10.00      40.03
03/12/2007  15:35    Rec Payment      10    bsp    J9004              1.00      39.03
03/13/2007  09:39    Order             2    DDT    B159147           25.80      13.23
03/20/2007  06:29    Order             2    DDT    B160222           11.84       1.39
03/27/2007  06:10    Order             2    DDT    B161148            1.30       0.09
03/29/2007  11:23    Add               4    CAR    D66265            10.00      10.09
03/30/2007  12:42    Add               4    gmw    D66372            12.00      22.09
04/03/2007  06:31    Order             2    DDT    B161975           21.24       0.85
04/05/2007  12:57    Add               4    J      D66729            20.00      20.85
04/10/2007  10:06    Order             2    AFC    B163122           19.75       1.10
04/17/2007  06:32    Order             2    AFC    B164139            1.04       0.06
04/18/2007  12:07    Add               4    CAR    D67459            25.00      25.06
04/19/2007  11:10    Add               4    gmw    D67489            25.00      50.06
04/24/2007  07:51    Order             2    DDT    B165123           24.99      25.07
05/01/2007  09:13    Order             2    DDT    B166159           21.01       4.06
05/03/2007  14:47    Rec Payment      10    bsp    J9747              1.00       3.06
05/07/2007  12:18    Add               4    CAR    D68496            20.00      23.06
05/08/2007  08:24    Order             2    DDT    B167054            3.25      19.81
05/08/2007  08:38    Add               8    GLD    H30442            20.00      39.81
05/15/2007  07:38    Order             2    DDT    B168017           34.74       5.07
05/16/2007  08:46    Order             3    WLH    C19620             0.20       4.87
05/17/2007  09:01    Add               4    gmw    D69055            20.00      24.87
05/22/2007  09:10    Order             2    DDT    B169030           22.37       2.50
05/23/2007  09:30    Credit            3    WLH    C19877             0.80       3.30
05/29/2007  08:27    Order             2    DDT    B170029            3.25       0.05
05/29/2007  09:24    Add               8    GLD    H30966            10.00      10.05
06/04/2007  12:24    Add               4    CAR    D70010            20.00      30.05
06/05/2007  08:25    Order             2    DDT    B170846           17.36      12.69
06/12/2007  08:46    Order             2    DDT    B171821            5.93       6.76
06/14/2007  09:51    Rec Payment       7    SJW    G11631             6.00       0.76
06/18/2007  09:09    Add               4    CAR    D70746            20.00      20.76
06/19/2007  08:26    Order             2    DDT    B172898            5.34      15.42
06/19/2007  10:08    Rec Payment       7    SJW    G11707             4.00      11.42
06/26/2007  12:39    Order             2    DDT    B173782           11.04       0.38
07/03/2007  06:51    Order             2    DDT    B174603            0.26       0.12
07/04/2007  09:42    Credit            3    WLH    C20826             0.26       0.38
07/06/2007  09:17    Add               6    wmd    F30279            20.00      20.38
07/10/2007  06:48    Order             2    DDT    B175647           17.28       3.10
07/16/2007  12:13    Order             2    DDT    B176449            2.99       0.11
07/18/2007  11:03    Add               4    SEA    D72372            20.00      20.11
07/23/2007  08:59    Add               4    gmw    D72554            15.00      35.11
07/23/2007  12:39    Order             2    DDT    B177508           12.36      22.75
07/31/2007  06:55    Order             2    DDT    B178315           15.02       7.73
08/01/2007  15:19    Rec Payment      10    bsp    J11275             2.50       5.23
08/06/2007  11:36    Add               4    gmw    D73356            40.00      45.23
08/07/2007  09:15    Order             2    WLH    B179317           17.92      27.31
08/09/2007  09:27    Add               8    bsf    H32617            20.00      47.31
```