IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN APGAR,

    Plaintiff,          : Civ. Action No. 07-505-***

V.

WARDEN RAPHAEL WILLIAMS,
DR. PETER BINNON, JIM WELCH

    Defendents


FILED
NOV -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Kevin Apgar, Pursuant to § 1915, Requests this Court to appoint Councel to represent him in this Case for the following reasons:

1.) The Plaintiff is unable to afford Counsel Due to incarceration and, lack of help, Support outside of the Correctional institution

2.) The issues involved in this case are very complex.

3.) The Plaintiff, is an inmate participating in a program which is considered a theraputic-community and free time for access to the law library is limited

4) The Plaintiff has a limited knowledge of the law and doesnot have a high school education.

Date:

Name:

Address:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN APGAR

    Plaintiff,

v.

WARDEN RAPHAEL WILLIAMS,
DR. PETER BINNON, AND
JIM WELCH

    Defendents

Civ. Action No. 07-505-***

## AFFIDAVIT IN SUPPORT OF THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNSEL

Kevin Apgar, being sworn, deposes, and says:

1.) I am the Plaintiff in the above entitled Case I make this affidavit in support of my Motion for the appointment of Councel

3.) This is a complex case because it contains three different deffendents in which they all play a different part of the plaintiffs legal claims.

4.) The case requires medical issues that may require expert testimony on behalf of Plaintiffs Chronic care doctor (Dr mcdonald)

5.) The Plaintiff has demanded a Jury trial.

6.) This case will most likely require disposition of a witness on the Plaintiffs behalf.

7.) The Plaintiff did not complete high school nor has any legal education.

8.) The plaintiff was classified by (DOC) to Participate in the Key Program which is a intense theriputic community which is isolated from the rest of the prison population which makes free time for access to the law library very limited.

9.) In deciding whether to apoint council for an indegent litigent, the Court should concider the factual complexity of the case, The ability for the indegent to investigate the facts, the ability for the indegent to present his claim and the complexity of the legal issues

10.) As set forth in the memorandum of law submitted with this motion, these facts along with the legal merit of the Plaintiffs claims. Support the appointment of councel to represent the Plaintiff.

WHERE FORE, the Plaintiffs motion for the appointment of Counsel Should be granted

X _____    _____
    Plaintiff.                                Date.

Sworn to befor me this _____ day of _____ 2007.

X _____
    Notary Public.



Kevin Argas
300.961
P.O. Box 9561
Wilmington, De
19809.

Office of the Clerk
United States District Court
844 N. King St, Lock Box 18
Wilmington, Delaware 19801-3570

2.) The Plantiff Complaint Alleges
    The Following:

In November of 2003 I was incarcerated and shortly afterwards was diagnosed as having contracted the hepatitus C virus. Consequently I began seeing the chronic care doctor, Niaz, during my stay at Delaware Correctional Center, Smyrna, DE.

Over the years I filed numerous medical grievances in an attempt to get treatment for it. Each time I was promised that steps would be taken in the direction of beginning treatment. I would then sign off believing what I was told.

In April of 2006 I was transferred to Howard R. Young Correctional Institution in Wilmington, DE. August of that year, after having seen Dr. Binnon, and having been told that my enzyme levels were so high that it warranted treatment, filed yet another medical grievance due to CMS' inaction. There I was also promised certain steps (psychological evaluation, liver biopsy). In faith I signed off again.

By February of 2007 nothing still had

been done. I filed yet another grievance and refused to sign off on it this time. I also wrote Warden Raphael Williams and Medical Service Administrator James Welch in the hope of relief. I never received a response.