IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN APGAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-505-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS, | ) |
| DR. BINNON, and JAMES WELCH | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 19th day of May, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **September 19, 2008.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **October 20, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **November 20, 2008.** Reply briefs shall be filed on or before **December 9, 2008.**

_____
United States District Judge