UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN A. APGAR, ) | |
| ) | Case No. 07-505 (SLR) |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | |
| DR. BINNON, JAMES WELCH, ) | |
| ) | |
| Defendants. ) | |

---------------------------------------------------------

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Peter Binnion, M.D.[1]  This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

        BALICK & BALICK, LLC

        /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)
        711 King Street
        Wilmington, Delaware 19801
        302.658.4265
        Attorneys for Defendant Peter Binnion, M.D.

Date:   May 23, 2008

---

[1] Incorrectly identified in the Complaint as "Dr.Binnon"

**CERTIFICATE OF SERVICE**

      I, James Drnec, hereby certify that on the 23rd day of May 2008, the foregoing Entry of Appearance was filed via CM/ECF and served upon the following in the manner indicated:

| | |
|---|---|
| Kevin A. Apgar<br>SBI# 302981<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809 | *VIA FIRST CLASS MAIL* |
| Stacey X. Stewart, Esquire<br>Department of Justice<br>State of Delaware<br>820 N. French Street, 8th Floor<br>Carvel Office Building<br>Wilmington, DE 19801 | *VIA CM/ECF FILING* |

                                                /s/ James E. Drnec
                                    James E. Drnec, Esquire (#3789)