## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN APGAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-505-SLR |
| | ) | |
| WARDEN RAPHAEL WILLIAMS | ) | JURY TRIAL DEMANDED |
| DR. BINNON, AND JAMES WELCH, | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS RAPHAEL WILLIAMS and JAMES WELCHS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Raphael Williams and James Welch, through undersigned counsel, hereby serves on Plaintiff Kevin Apgar the following Requests for Production of Documents and Things.

## INSTRUCTIONS

A. If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) set forth each Request to which each such document or thing is responsive.

B. These Requests for Production are continuing in nature and, if applicable, will require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

**REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:**

1.      All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

2.      All correspondence relating to, regarding or arising out of the allegations in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates and Department of Correction personnel.

**REQUEST NO. 3:**

3.      Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the allegations in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

**REQUEST NO. 4:**

4.      All medical records for Plaintiff relating to, regarding or arising out of the allegations in Plaintiff's Complaint.

**REQUEST NO. 5:**

5.      All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 6:**

6.      All criminal history records for Plaintiff from any other State besides Delaware for the past 15 years.

**REQUEST NO. 7:**

      7.    All documents identified or referenced in Plaintiff's Answers to Defendants' First Set of Interrogatories, served contemporaneously herewith.

          **DEPARTMENT OF JUSTICE**
          **STATE OF DELAWARE**

          */s/ Stacey X. Stewart*
          Stacey X. Stewart (I.D. 4667)
          Deputy Attorney General
          820 N. French St., 6th Floor
          Wilmington, DE 19801
          (302) 577-8400
          stacey.stewart@state.de.us
          Attorney for State Defendants

Dated: June 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed *State Defendants Raphael Williams and James Welchs' Request for Production of Documents and Things* with the Clerk of Court using CM/ECF. I hereby certify that on June 3, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Kevin Apgar
SBI # 302981
Howard R. Young Correctional Institution
P.O Box 9561
Wilmington, DE 19809

 

/s/ Stacey X. Stewart
Stacey X. Stewart (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us