UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN A. APGAR, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WARDEN RAPHAEL WILLIAMS, )<br>DR. BINNON, JAMES WELCH, )<br>)<br>Defendants. )<br>-------------------------------------------------------- | Case No. 07-505 (SLR)<br>JURY TRIAL DEMANDED |

**DEFENDANT DR. BINNON'S FIRST SET OF REQUESTS
FOR PRODUCTION DIRECTED TO PLAINTIFF**

Defendant Dr. Binnon, by and through his undersigned counsel, requests production of the following documents within thirty (30) days from the date hereof at the offices of Balick & Balick LLC, 711 King Street, Wilmington, Delaware:

REQUESTS

1. All documents[1] referred to in Plaintiffs' Answers to Interrogatories.

**RESPONSE:**



2. Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for damages (including but not limited to medical reports, income and tax records).

**RESPONSE:**

---

[1] All definitions and instructions contained in Dr. Binnon's First Set of Interrogatories are incorporated herein by reference.

3. Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for lost wages.

**RESPONSE:**

4. If you claim any loss of support, loss of income, loss of future income, or impairment of earning capacity in this lawsuit, please produce Federal and State income tax returns for the years 1998 through the present.

**RESPONSE:**

5. Copies of any hospital records, test results, examination results or reports, office notes, correspondence, or any other matter in writing whatsoever pertaining to your physical, mental, or emotional condition at any time or any treatment or examinations or tests concerning your health.

**RESPONSE:**

6. Correspondence or written or recorded report made by each physician or other medical personnel to whom you have gone for consultation or examination concerning your physical, mental, or emotional condition.

**RESPONSE:**

7.  All documents submitted to or received from any expert.

**RESPONSE:**

8.  Every photograph, diagram or other pictorial representation(s) upon which you intend to rely at trial.

**RESPONSE:**

9.  Copies of all bills and receipts evidencing payment of bills for which the plaintiff seeks compensation in this lawsuit.

**RESPONSE:**

10. Copies of the curriculum vitae of all experts you intend to call at trial.

**RESPONSE:**

11. Any journals, diaries, logs or other documents or recordings kept by the plaintiff.

**RESPONSE:**

12. All documents, including but not limited to texts, journals, treatises, correspondence, and memoranda upon which any expert retained by you in connection with this lawsuit relies in forming his or her opinion.

**RESPONSE:**

BALICK & BALICK L.L.C.


    /s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Dr. Binnon

Dated: June 3, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 3rd day of June 2008, the foregoing Defendant Dr. Binnon's First Set of Requests for Production Directed to Plaintiff was filed via CM/ECF and served upon the following in the manner indicated:

| | |
|---|---|
| Kevin A. Apgar<br>SBI# 302981<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809 | *VIA FIRST CLASS MAIL* |
| Stacey X. Stewart, Esquire<br>Department of Justice<br>State of Delaware<br>820 N. French Street, 8th Floor<br>Carvel Office Building<br>Wilmington, DE 19801 | *VIA CM/ECF FILING* |

                                                 /s/ James E. Drnec
                                      James E. Drnec, Esquire (#3789)